```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 21989
   REXFORD RANDLE
   DEBORAH RANDLE                                CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-1516    SSN XXX-XX-6880
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 06/08/2004 and was confirmed 08/02/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was paid in full 02/25/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN GENERAL FINANCE | SECURED | 2860.00 | 244.35 | 2860.00 |
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | 837.66 | .00 | 837.66 |
| VILLAGE OF MAYWOOD | UNSECURED | 735.46 | .00 | 73.55 |
| WELLS FARGO AUTO FINANCE | SECURED | 6300.00 | 900.51 | 6300.00 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 5433.66 | .00 | 543.37 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 2795.22 | .00 | 279.52 |
| ASSET ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| BLUE CROSS BLUE SHIELD | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 372.99 | .00 | 37.30 |
| BROADWAY ORTHOPEDICS LTD | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | NOTICE ONLY | NOT FILED | .00 | .00 |
| VETERANS ADMINISTRATION | UNSECURED | 105.00 | .00 | 10.50 |
| FIDELITY INVESTMENT | UNSECURED | NOT FILED | .00 | .00 |
| FNAB | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1114.66 | .00 | 111.47 |
| NICOR GAS | UNSECURED | 524.41 | .00 | 52.44 |
| SHERMAN ACQUISITION | UNSECURED | 4796.03 | .00 | 479.60 |
| SHERMAN ACQUISITION | UNSECURED | 1514.81 | .00 | 151.48 |
| PROVISO TOWNSHIP HIGH SC | UNSECURED | NOT FILED | .00 | .00 |
| PROVISO TOWNSHIP HIGH SC | NOTICE ONLY | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 817.27 | .00 | 81.73 |
| YOUNG M KIM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2647.08 | .00 | 264.71 |
| QUICK PAYDAY LOANS | UNSECURED | 640.00 | .00 | 64.00 |
| CFC FINANCIAL LLC | UNSECURED | 213.41 | .00 | 21.34 |
| GMAC MORTGAGE CORPORATIO | COST OF COLLE | 68.52 | .00 | 68.52 |
| GMAC MORTGAGE CORPORATIO | COST OF COLLE | 85.68 | .00 | 85.68 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,444.00 | | 2,444.00 |
| TOM VAUGHN | TRUSTEE | | | 893.92 |

```
DEBTOR REFUND            REFUND                                      230.54

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 17,036.19

PRIORITY                                              .00
SECURED                                         10,151.86
    INTEREST                                     1,144.86
UNSECURED                                        2,171.01
ADMINISTRATIVE                                   2,444.00
TRUSTEE COMPENSATION                               893.92
DEBTOR REFUND                                      230.54
                         ---------------    ---------------
TOTALS                  17,036.19               17,036.19
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE